NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-1141, -1155

INTERACTIVE HEALTH, LLC (now known as HUMAN TOUCH, LLC)
and DAITO DENKI KOGYU K.K.
(doing business as Daito Electric Machine Industry Company, Ltd.),

Plaintiffs-Appellants,

v.

KING KONG USA, INC., AMERICAN LIGHTING INDUSTRY, INC.,
and BERNARD KOAY,

Defendants-Appellees,

and

WFO IMPORTS LLC,

Defendant-Cross Appellant,

and

BLAIR HAYES,

Defendant-Appellee,

and

HEALTHFIRST LLC,

Defendant.

Appeals from the United States District Court for the Central District of California in case no. 2:06-CV-1902, Judge Valerie Baker Fairbank.

## O R D E R

American Lighting Industry, Inc. and Bernard Koay (the debtors) having notified

the court that the automatic stay provisions of 11 U.S.C. § 362 are applicable,

IT IS ORDERED THAT:

These appeals are stayed. The debtors are directed to file a status report with this court every 90 days concerning the status of the bankruptcy proceedings and whether the automatic stay is lifted. Any other party may file a status report or respond to a status report.

FOR THE COURT

JUN -3 2009
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc:   Leslie F. Vandale, Esq.
      Peter J. Korneffel, Jr., Esq.
      David A. Dillard, Esq.

s8

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JUN 03 2009

JAN HORBALY
CLERK

2009-1141, -1155          - 2 -